JOSEPH W. OLIPHANT et al., appellants,

*v.*

JESSE CARR, surviving executor, &c., et al., respondents.

[Decided May 19th, 1930.]

*Mr. James Mercer Davis,* for the appellants.

*Mr. David A. Veeder* and *Mr. William C. French,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *103 N. J. Eq. 165.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.